Case 1:13-cr-00521-LTS Document 12 Filed 09/30/13 Page 1 of 1



U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

**ORIGINAL**

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 27, 2013

**BY FAX AND BY HAND**

Honorable Debra Freeman
United States Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 1660
New York, New York 10007

<div style="border:1px solid">
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/30/2013
</div>

> **Re:** **United States v. Joseph Hunter, et al.,**
> **S7 13 Cr. 521 (LTS)**

Dear Judge Freeman:

The Government submits this letter to clarify the record with respect to the unsealing of indictments in this matter, and we respectfully request that this letter be so-ordered so that it can be effected by the Clerk's Office.

Yesterday, the Court issued an order (attached hereto) that the superseding indictment, S7 13 Cr. 521 (LTS) (the "Superseding Indictment") "shall be deemed unsealed when the United States determines that [defendant Joseph] Hunter has departed from Thailand." Early this morning, the Government determined that Hunter had departed from Thailand. We notified the Clerk's office, which has requested a written order to that effect. Accordingly, we request that the Superseding Indictment be deemed unsealed as of 9:00 a.m. today, along with yesterday's Order.

Also yesterday, defendants Timothy Vamvakias and Dennis Gogel were presented on a redacted version of the underlying indictment, 13 Cr. 521 (LTS). The unredacted underlying indictment was maintained under seal. There is no longer a need for the unredacted underlying indictment to remain sealed and, accordingly, we request that it be unsealed.

Respectfully submitted,

PREET BHARARA
United States Attorney for the
Southern District of New York

By: _____
Michael D. Lockard
Assistant United States Attorney
(212) 637-2193

SO ORDERED:
_____
U.S.M.J. - 9/30/13

cc: The Honorable Laura Taylor Swain, Esq.