

U.S. Department of Justice



*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

April 15, 2014

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 16 2014

**BY FACSIMILE**
The Honorable Laura T. Swain
United States District Court Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

Re: <u>United States v. Joseph Hunter et al.,</u>
<u>13 Cr. 521 (LTS)</u>

**MEMO ENDORSED**

Dear Judge Swain:

The Government writes, with the consent of defense counsel, to respectfully request that the conference scheduled for April 16, 2014 be adjourned due to the unavailability of Government counsel, until a time of Your Honor's convenience on May 12, 2014 or May 14, 2014. The Government has conferred with defense counsel and the proposed dates are the earliest at which all defense counsel can be present.

In addition, the Government requests that time be excluded under the Speedy Trial Act until the adjourned conference date because the defense is continuing to review discovery and consider possible disposition of this matter, and therefore the ends of justice served by the exclusion outweigh the best interest of the public and the defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A).

Respectfully submitted,

PREET BHARARA
United States Attorney

By: __s/Aimee Hector__
Aimee Hector/ Michael D. Lockard
Assistant United States Attorneys
(212) 637-2203/2193

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 16 2014

cc: Bobbi Sternheim, Esq.
Glenn Garber, Esq.
Marlon Kirton, Esq.

THE APPLICATION IS GRANTED. THE CONFERENCE IS adjourned to 5/12/14 AT 2:30 pm IN COURTROOM 17-C. THE COURT FINDS PURSUANT TO 18 U.S.C. §3161(H)(7)(A) THAT THE ENDS OF JUSTICE SERVED BY AN EXCLUSION OF THE TIME FROM TODAY'S DATE THROUGH 5/12/14 OUTWEIGH THE BEST INTERESTS OF THE PUBLIC AND THE DEFENDANT IN A SPEEDY TRIAL FOR THE REASONS STATED ABOVE. SO ORDERED.

/s/ 4/16/14
LAURA TAYLOR SWAIN, USDJ