

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York   10007*

October 17, 2014

**BY FACSIMILE**
The Honorable Laura T. Swain
United States District Court Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

>  Re:  **United States v. Joseph Hunter et al.,**
>        **13 Cr. 521 (LTS)**

Dear Judge Swain:

  The Government writes to respectfully request an additional day to respond to defendant Joseph Hunter's bail application.  The additional time will allow the Government to more fully respond to the application by consulting with the appropriate parties at MCC.   Under the revised schedule, the Government's response would be due on Tuesday, October 21, 2014, and the reply from the defendant, if any, would be due on Wednesday, October 22, 2014.

>  Respectfully submitted,
>
>  PREET BHARARA
>  United States Attorney
>
> By:  __s/Anna Skotko_____
>   Anna Skotko/Michael Lockard/Aimee Hector
>   Assistant United States Attorneys
>   (212) 637-1591/2193/2203

cc:   Marlon Kirton, Esq.