

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 17 2014

October 17, 2014

**BY FACSIMILE**
The Honorable Laura T. Swain
United States District Court Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

     Re:   **United States v. Joseph Hunter et al.,**
           **13 Cr. 521 (LTS)**

Dear Judge Swain:

     The Government writes to respectfully request an additional day to respond to defendant Joseph Hunter's bail application. The additional time will allow the Government to more fully respond to the application by consulting with the appropriate parties at MCC. Under the revised schedule, the Government's response would be due on Tuesday, October 21, 2014, and the reply from the defendant, if any, would be due on Wednesday, October 22, 2014.

                                    Respectfully submitted,

*The request is granted.*

                                    PREET BHARARA
                                    United States Attorney

                              By:  __s/Anna Skotko_____
                                   Anna Skotko/Michael Lockard/Aimee Hector
                                   Assistant United States Attorneys
                                   (212) 637-1591/2193/2203

cc:    Marlon Kirton, Esq.

                                   SO ORDERED.

NEW YORK, NY _____
                              LAURA TAYLOR SWAIN
Oct. 17, 2014 UNITED STATES DISTRICT JUDGE