# Marlon G. Kirton, P.C.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-10-2015
```

Marlon G. Kirton, Esq.

New York City:
230 Park Ave. Suite, 1000
New York, N.Y. 10169
Tel # (646) 435 - 5519
Fax # (212) 808 - 3020

Nassau County:
175 Fulton Ave. Suite 305
Hempstead, N.Y. 11550
Tel # (516) 833 - 5617
Fax # (516) 833 - 5620

July 7, 2015

Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *US v. Joseph Hunter, 13 cr. 521 (LTS)*

Dear Judge Swain:

I represent Joseph Hunter in the above referenced matter. He is scheduled to be sentenced on July 16, 2015. I request an adjournment of the sentence to August 5, 2015. This is my second request for an adjournment.

Mr. Hunter plead guilty to several counts in the indictment on February 13, 2015. Mr. Hunter is facing a sentence of life in prison. The draft probation report has already been completed and mailed to the parties. I have filed timely objections to the probation report. However, I need additional time to complete the sentencing memorandum. This is a fairly complex sentence. This Court has substantial discretion and it is important for me to submit a complete and substantial sentencing memorandum in support of a request for a reasonable sentence under 18 U.S.C. 3553(a). I have the consent of the Government for this request.

Please contact me if you have any questions or concerns.

Sincerely,

s/Marlon G. Kirton
Marlon G. Kirton, Esq.

*The sentencing is adjourned to August 5, 2015, at 11:30 AM.*

SO ORDERED:

_____
7/9/15
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

1