

**U.S. Department of Justice**

Federal Bureau of Prisons

*Central Office*

VIA E-MAIL

320 First Street NW
Washington, D.C. 20534

October 28, 2015

Michael D. Lockard
Assistant United States Attorney
United States Attorney's Office
Southern District of New York
One St. Andrew Plaza
New York, New York 10007

    Re: United States v. Joseph Hunter
    Case No. 1:13-CR-00521 (S.D.N.Y)

Dear Mr. Lockard:

    Thank you for your recent inquiry concerning the Federal Bureau of Prisons' (BOP) ability to provide health care and programming for federal prisoners with significant, acute, or chronic mental health conditions. Specifically, you have asked what mental health services the BOP provides to those individuals sentenced to a term of incarceration in a federal correctional facility, and whether, based on the available information, the BOP can provide the necessary and appropriate care for Mr. Joseph Hunter should he be sentenced to a term of incarceration.

    I am aware of Mr. Hunter's condition as described by the documents provided to this office, namely a copy of Mr. Hunter's Sentencing Memorandum, including the sixteen-page forensic psychiatric evaluation report completed by Neil Blumberg M.D., on September 12, 2014, following his evaluation of Mr. Hunter. A review of these documents suggests Mr. Hunter has been diagnosed with Major Depression and Post-Traumatic Stress Disorder.

    The BOP's Mental Health Classification System is designed to promote accurate identification and tracking of inmates with mental illness, and to facilitate the effective utilization of

mental health resources in treating inmates. Inmates are classified at the highest care level appropriate to their mental health needs. A Mental Health Care Level 1 inmate is a healthy inmate, with a limited need for psychological services. A Care Level 2 inmate is a stable mentally ill inmate, with a need for periodic, but not intensive, psychological services. A Care Level 3 inmate is a seriously mentally ill inmate with a need for intensive psychological services. In general, a Care Level 3 inmate requires weekly contacts with psychology staff. A Mental Health Care Level 4 inmate is acutely mentally ill and in need of psychiatric hospitalization.

The BOP maintains six medical referral centers (also known as Federal Medical Centers) which house Care Level 4 inmates and some Care Level 3 inmates. If sentenced to a term of incarceration with the BOP, Mr. Hunter's mental and medical health records would be evaluated to determine what care level facility he requires. As discussed below, upon his arrival, he would be screened and provided information about accessing the psychology services available at that particular location. In the event that an inmate has a specific medical/mental health need that requires the attention of non-BOP health care professionals or specialists, the BOP has procedures in place to transport inmates to and from local hospitals and other contracted medical centers so that inmates can receive appropriate and necessary care.

Upon being sentenced to a term of incarceration, all inmates are psychologically screened and given access to psychological treatment, if they so request. As with civilian facilities, most BOP mental health services are voluntary. As such, BOP mental health services and programming are most effective if the inmate is amenable to receiving them. The BOP staffs over 600 doctoral level psychologists and over 650 mental health and substance abuse treatment specialists. In most BOP institutions, doctoral level psychologists function as front-line providers of mental health services to inmates. Direct inmate services include psychological assessments, crisis intervention, long-term therapy, short-term therapy, and group therapy. These therapies include supportive psychotherapy for inmates who wish to gain insight into their motivations and actions. Along with psychotherapy, the BOP National Formulary contains numerous psychotropic medications to meet the mental health needs of inmates.

The BOP houses and treats a significant amount of inmates with a wide variety of mental illnesses and conditions. Based on recent data obtained, the BOP currently houses approximately 2,217 inmates that have been diagnosed and/or are receiving treatment for some form of Post-Traumatic Stress Disorder. Please do not hesitate to contact me if you have any further questions or seek further information.

Sincerely,

Alison Leukefeld Ph.D.
Chief of Mental Health Services
Central Office