**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 8, 2016

**BY ECF**

Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 1320
New York, New York 10007

    Re:    **United States v. Joseph Hunter,**
            **S7 13 Cr. 521 (LTS)**

Dear Judge Swain:

      The Government writes to respectfully to request that the defendant's sentencing hearing, currently scheduled for February 9, 2016, be adjourned for a period of approximately three weeks to permit time for the Government to respond to the defendant's sentencing submissions filed on or about February 2, 2016. We have requested that underlying materials relating to Dr. Neil Blumberg's two psychological evaluations of the defendant be provided to an expert retained by the Government, and we understand that those materials have been, or will shortly be, sent. This will permit the Government to file its responsive submission by Monday, February 22, 2016. Counsel for the defendant consents to this request.

                              Respectfully submitted,

                              PREET BHARARA
                              United States Attorney for the
                              Southern District of New York

              By:      */s/ Michael D. Lockard*
                              Emil Bove III / Anna Skotko /
                              Michael D. Lockard
                              Assistant United States Attorneys
                              (212) 637-2444/1591/2193

cc:    Marlon Kirton, Esq. (by email)
       Diane Ferrone, Esq. (by email)