| | |
|---|---|
| THE LAW FIRM OF<br># CÉSAR DE CASTRO, P.C.<br>ATTORNEY AT LAW | 7 World Trade Center, 34th Floor<br>New York, New York 10007<br><br>646.200.6166 Main<br>212.808.8100 Reception<br>646.839.2682 Fax<br>www.cdecastrolaw.com |

February 12, 2018

*Via* ECF

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York,  New York  10007

      Re:    *United States v. Hunter, et al.,* 13 Cr. 521 (RA)

Dear Judge Abrams:

As you know, we represent Joseph Hunter in the above-referenced matter.  We write, with the consent of all parties, to respectfully request a brief adjournment of the conference currently scheduled for February 16, 2018.  Mr. de Castro is scheduled to travel to California on February 15, 2018, and will not be in New York on February 16, 2018.  The February 16 conference was set prior to our appointment in the case and Mr. de Castro had long-standing plans to be in Los Angeles.

We have conferred with the government and counsel for Mr. Hunter's co-defendants and all parties consent to adjourning the conference.  All parties are available February 27, 2018, at 4:00 p.m. if this date would work for the Court.  If the Court grants this application, counsel for all defendants consent to excluding the time until February 27, 2018, pursuant to the Speedy Trial Act.  We thank the Court for its consideration.

Respectfully submitted,

    /s/

César de Castro
Valerie A. Gotlib

cc:    all counsel of record (*via* ECF)