


*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 16, 2018

**BY ECF**
The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

Re:   United States v. Joseph Hunter, et al.,
      13 Cr. 521 (RA)

Dear Judge Abrams:

The Government writes, pursuant to the Court's order of February 13, 2018, to provide an update regarding defendant Adam Samia's letters rogatory request to the Philippine government. On February 16, 2018, a representative of the U.S. Department of Justice met with his counterpart in the Philippines Department of Justice ("PDOJ") and inquired about the status of the request. Per the representative from the PDOJ, the Philippines Department of Foreign Affairs ("DFA") has informed PDOJ that, from the point of view of the DFA, the government has already responded to the request.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By: _____
Patrick Egan/Rebekah Donaleski/Emil Bove
Assistant United States Attorney
(212) 637-2345/2423/2444

cc:   All counsel (by ECF)