```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/27/18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
                                    :
UNITED STATES OF AMERICA            :
                                    :
        -against-                   :         **ORDER**
                                    :
**Joseph Manuel Hunter**            :
                                    :         13 Cr. 521(RA)
                                    :         ---------------
                                    :            Docket #
------------------------------------x


**Ronnie Abrams**_____, DISTRICT JUDGE:
        Judge's Name

The C.J.A. attorney assigned to this case
**Cesar De Castro**_____ is hereby ordered substituted
        Attorney's Name

and the representation of the defendant in the above captioned

matter is assigned to **Arnold Levine**_____, NUNC-PRO-TUNC **7/27/2018**_____.
                           Attorney's Name

                                    SO ORDERED.

                            _____
                              UNITED STATES DISTRICT JUDGE


Dated:   July 27, 2018
         New York, New York