# ARNOLD J. LEVINE
ATTORNEY-AT-LAW

THE WOOLWORTH BUILDING
233 BROADWAY STREET, SUITE 901
NEW YORK, NY 10007
Telephone: (917) 951-9626
Facsimile: (866) 611-5708
E-mail: NYCcrimlaw@aol.com

February 21, 2019

**BY ECF**
Honorable Ronnie Abrams
United States District Judge
U.S. District Court for the Southern District of New York
40 Foley Square, Courtroom 1506
New York, N.Y.  10013

Re: U.S. v. Joseph Hunter., 13 Cr. 521 (RA)

Judge Abrams:

    I am attorney of record for Joseph Hunter, who is scheduled to be sentenced by Your Honor on March 7, 2019.  After consultation with Mr. Hunter, in light of the lack of any discretion vested in the Court as to Mr. Hunter's sentence, I will forego a lengthy sentencing submission.  However, I would ask the Court to review Docs 305-1 through 305-10, which constitute the sentencing submission filed on Mr. Hunter's behalf in relation to the sentence he is currently serving under the same indictment number, and I request those be incorporated by reference.

                               Sincerely,

                               /s/ Arnold J. Levine
                               Arnold J. Levine (AL6819)
                               *Attorney for Joseph Hunter*