```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 02/01/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

JOSEPH HUNTER, ADAM SAMIA, AND CARL DAVID STILLWELL,

Defendants.

No. 13-CR-521 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

On January 27, 2021, the Second Circuit remanded this case "for the District Court to consider [Defendants'] *Brady* claims in the first instance on an appropriate post-trial motion." *See* Dkt. 749 at 13; *United States v. Stillwell*, --- F.3d ---, 2021 WL 261983 (2d Cir. Jan. 27, 2021). The mandate has now issued. Accordingly, it is hereby ordered that, no later than February 8, 2021, the parties shall jointly propose an expeditious briefing schedule for any anticipated post-trial motions.

SO ORDERED.

Dated:   February 1, 2021
         New York, New York

Ronnie Abrams
United States District Judge