**Andrew G. Patel**
Attorney-at-Law
80 Broad Street, Suite 1900
New York, New York 10004
Apatel@apatellaw.com                                                                                  Telephone 212-349-0230

**By ECF**

February 4, 2021

Honorable Ronnie Abrams
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

Application granted.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
February 4, 2021

                Re:     <u>United States v. Joseph Hunter</u>
                        13 Cr. 521 (RA)

Dear Judge Abrams:

      Robert J. Boyle, Esq., and I were appointed pursuant to the Criminal Justice Act to represent Mr. Hunter on his appeal in the Second Circuit. On February 2, 2021, the Court of Appeals issued a Mandate remanding this matter to Your Honor for post-trial motions.

      Mr. Boyle and I respectfully request to be appointed *nunc pro tunc* as of February 3, 2021, pursuant to the Criminal Justice Act to be able to continue our representation of Mr. Hunter before Your Honor. Mr. Boyle is a member of the Second Circuit CJA Panel. I am a member of the CJA Panel for the Southern District of New York. Mr. Boyle and I have the necessary security clearances to work on this matter.

                                            Respectfully submitted,

                                            /s/Andrew Patel
                                          Andrew G. Patel

cc:     All counsel (by ECF)