**Andrew G. Patel**
Attorney-at-Law
80 Broad Street, Suite 1900
New York, New York 10004
Apatel@apatellaw.com                                                                     Telephone 212-349-0230

**By ECF**

March 4, 2021

Honorable Ronnie Abrams
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

                     Re:     <u>United States v. Joseph Hunter, *et al*</u>
                              13 Cr. 521 (RA)

      This letter is respectfully submitted to request a modification of the briefing schedule of the defendants' motions for a new trial. The motion is currently due on March 8. The reason for this request is that I am undergoing medical treatments which for the past few days have caused side effects rendering me unable to work. At the same time my co-counsel Robert J. Boyle is recovering from a stem cell transplant and, on doctor's orders, is remaining at home and cannot travel to the SCIF where the classified information is housed.

      Counsel for the government and for co-defendants Stillwell and Samia have graciously consented to this request. Subject to the approval of the Court, the briefing schedule would be modified as follows: Defendants' Motion: March 15, 2021, Government's Response: April 5, 2021, Defendants' Reply: April 19, 2021.

      Thank you for your kind attention to this matter.

                                             Respectfully submitted,

                                              /s/Andrew Patel
                                            Andrew G. Patel
                                            Attorney for Joseph Hunter

cc: All counsel (via ECF

Application granted.

SO ORDERED.

Hon. Ronnie Abrams
03/05/2021