

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 5, 2021

By ECF
The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
New York, New York 10007

    Re:    <u>United States</u> v. <u>Joseph Hunter, *et al.*</u>, 13 Cr. 521 (RA)

Dear Judge Abrams:

    This evening the Government filed a classified consolidated memorandum of law in opposition to the defendants' motions pursuant to Rule 33 of the Federal Rules of Criminal Procedure. The Government filed the document by transmitting it via secure email to the Classified Information Security Officer.

    Respectfully submitted,

    AUDREY STRAUSS
    United States Attorney

By:    _____/s/_____
    Emil J. Bove III
    Assistant United States Attorney
    (212) 637-2444

Cc:    Defense Counsel
    (Via ECF)

    Daniel Hartenstine
    (Via email)