**Andrew G. Patel**
Attorney-at-Law
80 Broad Street, Suite 1900
New York, New York 10004
Apatel@apatellaw.com                                                                  Telephone 212-349-0230

**By ECF**

April 19, 2021

Honorable Ronnie Abrams
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

                        Re:    United States v. Joseph Hunter
                                     13 Cr. 521 (RA)

Dear Judge Abrams:

      On behalf of Joseph Hunter, we respectfully request to join the classified replies filed by co-defendants Stillwell and Samia.

                                                      Respectfully submitted,

                                                      /s/Andrew Patel
                                                    Andrew G. Patel

cc:    All counsel (by ECF)                                Application granted.

                                                            SO ORDERED.

                                                            Hon. Ronnie Abrams
                                                            04/20/2021