**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

2001 K STREET, NW
WASHINGTON, DC 20006-1047
TELEPHONE (202) 223-7300

1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6064
TELEPHONE (212) 373-3000

UNIT 5201, FORTUNE FINANCIAL CENTER
5 DONGSANHUAN ZHONGLU
CHAOYANG DISTRICT, BEIJING 100020, CHINA
TELEPHONE (86-10) 5828-6300

SUITES 3601 – 3606 & 3610
36/F, GLOUCESTER TOWER
THE LANDMARK
15 QUEEN'S ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, UNITED KINGDOM
TELEPHONE (44 20) 7367 1600

535 MISSION STREET, 24TH FLOOR
SAN FRANCISCO, CA 94105
TELEPHONE (628) 432-5100

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101

TORONTO-DOMINION CENTRE
77 KING STREET WEST, SUITE 3100
P.O. BOX 226
TORONTO, ONTARIO M5K 1J3
TELEPHONE (416) 504-0520

500 DELAWARE AVENUE, SUITE 200
POST OFFICE BOX 32
WILMINGTON, DE 19899-0032
TELEPHONE (302) 655-4410

WRITER'S DIRECT DIAL NUMBER
(202) 223-7454

WRITER'S DIRECT FACSIMILE
(202) 330-5407

WRITER'S DIRECT E-MAIL ADDRESS
abrown@paulweiss.com

November 8, 2021

**VIA ECF**

The Honorable Ronnie Abrams
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re:  *United States* v. *Hunter, et al.*, 13-cr-521 (RA)

Dear Judge Abrams:

Counsel for Defendants have consulted with their clients, and each has agreed to waive his presence at oral argument on the Rule 33 motion. Counsel for Defendants have also consulted with counsel for the government regarding dates for oral argument. Based on that discussion, counsel respectfully request that argument be scheduled on November 16, 18, or 19. If those dates are not amenable to the Court, counsel are also available November 30 or December 3, 6, or 9.

Very truly yours,

/s/ Aimee W. Brown

Aimee W. Brown
Counsel for Adam Samia

cc:  Andrew Patel, Esq.
     Robert Boyle, Esq.
     Counsel for co-defendant Joseph Hunter (via ECF)

Application granted.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
November 9, 2021

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

The Honorable Ronnie Abrams 2

Robert W. Ray, Esq.
Counsel for co-defendant David Stillwell (via ECF)

AUSA Emil Bove
AUSA Rebekah Donaleski
Counsel for the United States (via ECF)