USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 12/14/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

JOSEPH HUNTER, ADAM SAMIA, AND
CARL DAVID STILLWELL,

Defendant.

No. 13-CR-0521 (RA)

ORDER

Filed with the Classified
Information Security Officer
CISO
Date December 14, 2021

RONNIE ABRAMS, United States District Judge:

The Court has issued a classified order pertaining to the Rule 33 motions filed by Defendants in this matter. An unredacted copy of that order has been provided to the SDNY, counsel for all Defendants, and the Court of Appeals for the Second Circuit. A copy has also been provided to the Classified Information Officer for this matter who is ORDERED to circulate that copy to equity holders in the government in order to identify material subject to classification and redaction within 14 days. A copy of that classified order, with any necessary redactions for classified material, will be docketed at the conclusion of that review.

SO ORDERED.

Dated:  December 14, 2021
        New York, New York

Ronnie Abrams
United States District Judge