

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 29, 2021

<u>Via ECF</u>
The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
New York, New York 10007

     **Re:**    <u>**United States** v. **Hunter,** *et al.*</u>, **No. 13 Cr. 521 (RA)**

Dear Judge Abrams:

    The Government respectfully requests that Your Honor direct the Clerk of Court to terminate the appearance of the undersigned Assistant United States Attorney on this docket. The undersigned will no longer be employed by the U.S. Attorney's Office as of December 30, 2021.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney for the
    Southern District of New York

    By:    /s/
        Emil J. Bove III
        Assistant United States Attorney
        (212) 637-2444

Cc:    Defense Counsel
      (Via ECF)


1