**Criminal Notice of Appeal - Form A**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/27/2021

AMENDED   **NOTICE OF APPEAL**

**United States District Court**

Southern District of New York

Caption:

United States v.

Joseph Hunter

Docket No.: 13-CR-521

Abrams
(District Court Judge)

Notice is hereby given that Joseph Hunter appeals to the United States Court of Appeals for the Second Circuit from the judgment [X], other [X] Judgment (3-25-19) Order 12-14-21
(specify)

entered in this action on 3-25-19 and 12-14-21
(date)

This appeal concerns: Conviction only [__]   Sentence only [__]   Conviction & Sentence [X]   Other [__]

Defendant found guilty by plea [ ]   | trial [X] | N/A [ ] .

Offense occurred after November 1, 1987? Yes [X]   No [ ]   N/A [ ]

Date of sentence: March 7, 2019   N/A [__]

Bail/Jail Disposition: Committed [X]   Not committed [ ]   N/A [ ]

Appellant is represented by counsel? Yes [X] | No [ ]   If yes, provide the following information:

Defendant's Counsel:   Robert J. Bayle          Andrew Patel

Counsel's Address:   277 Broadway #1501        15 Chester Ave

New York, N.Y. 10007        White Plains NY 10601

Counsel's Phone:   212-431-0229              212-349-0230

Assistant U.S. Attorney:   AUSA Emil Bove

AUSA's Address:   One St. Andrews Plaza

New York, N.Y. 10007

AUSA's Phone:   212-637-2443

_____
Signature
Attorney for Joseph Hunter