**Andrew G. Patel**
Attorney-at-Law
80 Broad Street, Suite 1900
New York, New York 10004
Apatel@apatellaw.com                                                                Telephone 212-349-0230

**By ECF**

May 20, 2022

Application granted.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
May 20, 2022

Honorable Ronnie Abrams
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

Re:   United States v. Joseph Hunter
      13 Cr. 521 (RA)

Dear Judge Abrams:

    Robert J. Boyle, Esq., and I were appointed pursuant to the Criminal Justice Act to represent Mr. Hunter on his appeal in the Second Circuit. Your Honor appointed Mr. Boyle and I to represent Mr. Hunter when the Court of Appeals issued a Mandate remanding this matter to Your Honor for post-trial motions.

    The appeal has now been decided. By Mandate issued today, the matter has been remanded to Your Honor for resentencing. Given the extended history of our representation of Mr. Hunter, Mr. Boyle and I respectfully request to be appointed pursuant to the Criminal Justice Act to be able to continue our representation of Mr. Hunter before Your Honor. Mr. Boyle is a member of the Second Circuit CJA Panel. I am a member of the CJA Panel for the Southern District of New York. Mr. Boyle and I have the necessary security clearances to work on this matter.

Respectfully submitted,

 /s/Andrew Patel
Andrew G. Patel

cc:   All counsel (by ECF)