USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 05/24/22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 13-CR-0521 (RA) |
| JOSEPH HUNTER, ADAM SAMIA, AND CARL DAVID STILLWELL, | ORDER |
| Defendants. | |

RONNIE ABRAMS, United States District Judge:

In light of the mandate issued by the Second Circuit on May 20, 2022, the parties shall jointly propose dates for resentencing as well as any supplemental submissions in connection therewith.

SO ORDERED.

Dated:   May 24, 2022
         New York, New York

_____
Ronnie Abrams
United States District Judge