UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

JOSEPH HUNTER,

Defendant.

No. 13-CR-521

ORDER

RONNIE ABRAMS, United States District Judge:

The Court is in receipt of a letter from Mr. Hunter, requesting to adjourn his sentencing and describing certain issues he has had with his attorney. Mr. Hunter is advised that his sentencing has been adjourned to January 7, 2025 at 2:00 p.m. The Court has provided a copy of the letter to Mr. Patel, who is directed to contact Mr. Hunter as soon as possible to address the issues raised.

The Clerk of Court is respectfully requested to mail a copy of this Order and the endorsed letter at Doc #914 to Mr. Hunter (370812) at 30-35 Hackensack Avenue, Kearny, NJ 07032.

SO ORDERED.

Dated:    October 11, 2024
          New York, New York

Ronnie Abrams
United States District Judge