**Andrew G. Patel**
Attorney-at-Law
15 Chester Avenue
White Plains, New York 10601
apatel@apatellaw.com                                                                 Telephone 212-349-0230

**By ECF**

September 4, 2025

> Application granted. The sentencing is adjourned to November 21, 2025 at 2:00 p.m.
>
> SO ORDERED.
>
> _____
> Ronnie Abrams, U.S.D.J.
> September 4, 2025

Honorable Ronnie Abrams
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

        Re:    United States v. Joseph Hunter
                  13 Cr. 521 (RA)

Dear Judge Abrams:

      This letter is respectfully submitted to request that the sentencing of Mr. Hunter be adjourned to a date in mid-November that is convenient to Your Honor. We make this request due to the fact that earlier this week we received several thousand pages of material from Mr. Hunter's family and prior counsel, some of which appear to be relevant to Mr. Hunter's resentencing. This adjournment will give us sufficient time to review this material and complete our sentencing submission.

      I have been advised by Assistant United States Attorney Nicholas Bradley that the Government consents to this request.

                              Respectfully submitted,

                              /s/Andrew Patel
                              Andrew Patel

cc:    All counsel by ECF